JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE GONZALEZ, HELEN ALBA, RUBY LAGUNAS-MARTINEZ and ANA MARIA MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MERIDIAN SENIOR LIVING, LLC, LK ASSET ADVISORS, LLC, IBORROW 525 W. LA PALMA TENANT LLC, IBORROW 525 W. LA PALMA OWNER LLC, CONTINENTAL GENERAL INSURANCE COMPANY, AHAOMA (SAM) ONYEBUCHI and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:26-cv-00192 DOC (DFMx)<br><br>Judge: Hon. David O. Carter<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT   [28]**<br><br>[*Filed concurrently with Stipulation to Remand Case to Superior Court*]<br><br>Complaint Filed:   Nov. 14, 2025<br>Removal Filed      January 12, 2026<br>Trial Date:        None<br><br>(Orange County Superior Court Case No. 30-2025-01526706-CU-OE-CJC) |

//

//

//

//

ORDER REMANDING CASE TO SUPERIOR COURT

LK ASSET ADVISORS, LLC,

          Cross-Claimant,

    vs.

MERIDIAN SENIOR LIVING, LLC,
IBORROW 525 W. LA PALMA
TENANT LLC, IBORROW 525 W. LA
PALMA OWNER LLC, CONTINENTAL
GENERAL INSURANCE COMPANY,
and DOES 1 through 10, inclusive,

          Cross-Defendants.

//

//

//

//

//

//

//

//

//

//

//

2

ORDER REMANDING CASE TO
SUPERIOR COURT

**[PROPOSED] ORDER**

The Court has considered the Parties' Stipulation to Remand.  Based on the record and for good cause shown, the Court finds that remand must be ordered because all properly served defendants have not joined in or consented to removal.  28 U.S.C. § 1446(b)(2)(A).

IT IS HEREBY ORDERED THAT:

(1)    The case is ordered remanded.

(2)    The Clerk of this Court is directed to remand this case to the Superior Court of the State of California, County of Orange, Case No. 30-2025-01526706-CU-OE-CJC.

(3)    The Clerk shall mail a certified copy of this Order to the Clerk of the aforementioned State Court.

(4)    All future hearings and deadlines in this Federal Court are hereby VACATED, and the Clerk is directed to close this file.

Dated:   __March 17, 2026__

_____
Hon. David O. Carter
United States District Court Judge

3

ORDER REMANDING CASE TO
SUPERIOR COURT